**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBN US RETAIL LLC, a Pennsylvania Limited Liability Company, | Case No. 2:25-cv-04936-MCS-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CENTENNIAL VTC, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive | |
| Defendants. | |

1          Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter
2    Jurisdiction, it is ordered, adjudged, and decreed that this case is dismissed without
3    prejudice. No party shall take anything from this action.

4

5    **IT IS SO ORDERED.**

6

7     Dated: July 2, 2025

8                                            MARK C. SCARSI
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28